UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-21621-CIV-KING/BECERRA

ROBIN REMINGTON, on her own behalf and
all others similarly situated,

      Plaintiff,

v.

UNUM GROUP and ATHENE ANNUITY &
LIFE COMPANY,

      Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Joint Stipulation of Dismissal with Prejudice (D.E. #42) filed January 22, 2019, in the above-styled case. Accordingly, after a careful review of the record and, it is

ORDERED, ADJUDGED and DECREED as follows:

1.    The above-styled case is hereby DISMISSED WITH PREJUDICE, and each party shall bear their own attorneys' fees and costs.

2.    All unresolved pending motions in this case are hereby DENIED as moot.

3.    The **Pretrial Conference** previously set for **September 6, 2019** and the **Trial** previously set for **December 9, 2019** are hereby CANCELED.

4.    The Clerk shall CLOSE this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 23rd day of January, 2019.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record